IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JUSTICE WALTER WILLIAMSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-24-289-SLP |
| ) | |
| GARFIELD COUNTY DETENTION ) | |
| FACILITY, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## **O R D E R**

Before the Court is the Report and Recommendation [Doc. No. 8] (R&R) of United States Magistrate Judge Amanda Maxfield Green entered May 13, 2024. Judge Green advised Plaintiff of his right to object to the R&R and directed any objections be filed on or before June 3, 2024. Judge Green further advised Plaintiff that any failure to object would waive Plaintiff's right to appellate review of the factual and legal issues addressed in the R&R.

Plaintiff has neither filed an objection nor sought an extension of time in which to do so.[1] Therefore, the Court finds that Plaintiff has waived further review of all issues addressed in the R&R. *See Casanova v. Ulibarri*, 595 F.3d 1120, 1123 (10th Cir. 2010).

---

[1] Plaintiff filed a "Motion to Proceed to Civil Suit[] Docket" [Doc. No. 9], which attempts to assert an additional claim against one of the Defendants in this action. The Motion does not, in any way, address Plaintiff's failure to pay the filing fee which is the subject of the R&R and this Order. Accordingly, that Motion is DENIED as MOOT.

IT IS THEREFORE ORDERED that the Report and Recommendation [Doc. No. 8] is ADOPTED in its entirety and this action is DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that Plaintiff's "Motion to Proceed to Civil Suite Docket" [Doc. No. 9] is DENIED AS MOOT.

IT IS SO ORDERED this 1st day of July, 2024.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE